Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 17−13149−KCF
                          Chapter: 13
                          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allyson Piatkowski
   808 Sharon Court
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−7010

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/19/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 20, 2017
JAN: ckk

                                                             Jeanne Naughton
                                                             Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                 Case No. 17-13149-KCF
Allyson Piatkowski                                                     Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: Jul 20, 2017
                               Form ID: 148                 Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db            +Allyson Piatkowski,    808 Sharon Court,    Woodbridge, NJ 07095-4335
cr            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Avenue,,
                Suite 100,   Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr            +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                Suite 302,   Roseland, NJ 07068-1640
516652522      Ameritox LTD,   PO Box 402166,    Atlanta, GA 30384-2166
516652523      Ameritox LTD,   Po Box 201826,    Dallas, TX 75320-1826
516652525     +Avenel Iselin Medical Group PA,     400 Gill Lane,   Iselin, NJ 08830-3059
516652527     +Capital Alliance Financial LLC,     Stenger & Stenger,   2618 East Paris Avenue SE,
                Grand Rapids, MI 49546-2458
516652530     +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                Saint Louis, MO 63179-0040
516905607     +College Assist,    PO Box 16358,   St. Paul, MN 55116-0358
516652531     +College Assist,    Premiere Credit of North America LLC,    PO Box 19309,
                Indianapolis, IN 46219-0309
516652534     +Cutolo Mandel LLC,    Attorneys At Law,   151 Highway 33 East, Suite 204,
                Manalapan, NJ 07726-8635
516652536    #+East Brunswick Open Upright MRI,     1275 Route 35 North,   Middletown, NJ 07748-2040
516652537     +Edison Neurologic Associates,    34-36 Progress Street,    Edison, NJ 08820-1197
516652539     +Edison Radiology Group,    PO Box 2187,   Edison, NJ 08818-2187
516652538     +Edison Radiology Group,    Online Collections,    PO Box 1489,   Winterville, NC 28590-1489
516652540     +Extra Space Storage,    Rosenthal Morgan & Thomas Inc,    12747 Olive Blvd Suite 250,
                Saint Louis, MO 63141-6278
516652541     +First Credit Services Inc,    One Woodbridge Center, Suite 410,    Woodbridge, NJ 07095-1151
516652543     +GC Services Limited Partnership,     PO Box 27346,   Knoxville, TN 37927-7346
516652546     +IGEA Brian & Spine PA,    1057 Commerce Avenue,    Union, NJ 07083-5025
516652549     +KML Law Group PC,    Attorneys At Law,   216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516652550     +Lenox Collections,    RMCB,   PO Box 1235,   Elmsford, NY 10523-0935
516652551     +Liberty Mutual Insurance,    175 Berkeley Street,    Boston, MA 02116-3350
516652553     +Lyons Doughty & Veldhuis PC,    136 Gaither Drive, Suite 100,    PO Box 1269,
                Mount Laurel, NJ 08054-7269
516652556      Michael Harrison,    Attorney At Law,   3155 Foute 10 East,    Suite 214,   Denville, NJ 07834
516652557     +Midland Credit Management,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
516873003     +Midland Credit Management, Inc. as agent for,     Asset Acceptance LLC,   Po Box 2036,
                Warren MI 48090-2036
516652565     +NJ EZ Pass,   Violations Processing Center,    PO Box 4971,   Trenton, NJ 08650-4971
516652558     +National City,    KML Group,   701 Market Street,    Philadelphia, PA 19106-1538
516652559     +National Enterprise Systems,    2479 Edison Blvd, Unit A,    Twinsburg, OH 44087-2476
516905565     +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516920671     +Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,    PO BOX 619094,   Dallas, TX 75261-9094
516652560     +Nemergut & Duff,    Law Offices,   217 Main Street,    Woodbridge, NJ 07095-1917
516652562     +New Century Financial,    Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516652563     +New Jersey EZ Pass,    Violations Processing Center,    PO Box 4971,   Trenton, NJ 08650-4971
516652564     +New Jersey Turnpike Authority,    581 Main Street,    PO Box 5042,   Woodbridge, NJ 07095-5042
516652567     +PNC Bank,   Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516652568     +PNC Mortgage,   Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516652566     +Pain Center,   4359 Highway 516,    Matawan, NJ 07747-2158
516652571     +Premiere Credit of North America LLC,     PO Box 1022,   Wixom, MI 48393-1022
516652572     +Pressler & Pressler,    Attorneys At Law,   7 Entin Road,    Parsippany, NJ 07054-5020
516652574      Progressive,   Po Box 7247-0311,    Philadelphia, PA 19170-0311
516652573     +Progressive,   PO Box 7747-0311,    Philadelphia, PA 19170-0001
516652575     +Public Service Electric & Gas,     Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
516652577     +RMB Inc,   409 bearden Park Circle,    Knoxville, TN 37919-7448
516652576      Retro Fitness,    First Credit Services Inc,    PO Box 1089,   Troy, MI 48099-1089
516652580     +Rosentahal Morgan & Thomas Inc,     12747 Olive Boulevard, Suite 250,
                Saint Louis, MO 63141-6278
516652581     +Shan Nagendra MD PC,    246 Barkley Avenue,   Clifton, NJ 07011-3136
516652582     +Sharon Gardens Condo,    c/o Wilkin Management,    45 Whitney Road,   Mahwah, NJ 07430-3160
516660549     +Sharon Gardens Condominium Association, Inc.,     c/o Cutolo Barros LLC,
                151 Highway 33 East, Suite 204,    Manalapan, NJ 07726-8635
516652583     +Stenger & Stenger,    2618 East Paris venue SE,    Grand Rapids, MI 49546-2458
516652585     +The Club at Woodbridge,    Health & Fitness Center,    585 Main Street,
                Woodbridge, NJ 07095-1104
516652587     +US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
516652586     +University Radiology Group,    PO Box 1075,   East Brunswick, NJ 08816-1075
516652588     +Veritext,   Veritext New Jersey Reporting Co,    25B Vreeland Road, Suite 301,
                Florham Park, NJ 07932-1920
516652591     +Washington Mutual,    Pressler & Pressler,   7 Entin Road,    Parsippany, NJ 07054-5020
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Jul 20, 2017
                              Form ID: 148             Total Noticed: 81
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2017 23:10:54      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2017 23:10:50      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516652524       +EDI: ACCE.COM Jul 20 2017 22:48:00      Asset Acceptance,   PO Box 2036,   Warren, MI 48090-2036
516652526       +E-mail/Text: banko@berkscredit.com Jul 20 2017 23:10:34      Berks Credit & Collections,
                 Po Box 329,   Temple, PA 19560-0329
516652528       +EDI: CAPITALONE.COM Jul 20 2017 22:48:00      Capital One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
516652529       +EDI: CHASE.COM Jul 20 2017 22:48:00      Chase,   PO Box 15153,   Wilmington, DE 19886-5153
516652532       +EDI: CCS.COM Jul 20 2017 22:48:00      Credit Collection Services,   PO Box 773,
                 Needham Heights, MA 02494-0918
516652533       +EDI: CCS.COM Jul 20 2017 22:48:00      Credit collection services,   725 Canton Street,
                 Norwood, MA 02062-2679
516652535       +EDI: DISCOVER.COM Jul 20 2017 22:48:00      Discover,   PO Box 71084,   Charlotte, NC 28272-1084
516652544       +EDI: RMSC.COM Jul 20 2017 22:48:00      GE Money Bank,   PO Box 103104,   Roswell, GA 30076-9104
516652545       +E-mail/Text: bankruptcy@diamondresorts.com Jul 20 2017 23:10:40      Gold Key Resorts,
                 932 Laskin Road,   Virginia Beach, VA 23451-3990
516652548       +E-mail/Text: masmith@jfkhealth.org Jul 20 2017 23:11:19      JFK Medical Center,   PO Box 11913,
                 Newark, NJ 07101-4913
516652547       +E-mail/Text: masmith@jfkhealth.org Jul 20 2017 23:11:19      JFK Medical Center,
                 80 James Street,   4th Floor,   Edison, NJ 08820-3938
516803155        EDI: RESURGENT.COM Jul 20 2017 22:48:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,   Greenville, SC 29603-0675
516652552       +EDI: RMSC.COM Jul 20 2017 22:48:00      Lowes,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
516652555       +EDI: MID8.COM Jul 20 2017 22:48:00      MCM,   PO Box 60578,   Los Angeles, CA 90060-0578
516652554       +EDI: TSYS2.COM Jul 20 2017 22:48:00      Macys,   Attn Bankruptcy Department,   PO Box 183083,
                 Columbus, OH 43218-3083
516652561       +E-mail/PDF: bankruptcy@ncfsi.com Jul 20 2017 23:07:47      New Century Financial,
                 110 S. Jefferson Road,   Whippany, NJ 07981-1038
516652569        EDI: PRA.COM Jul 20 2017 22:48:00      Portfolio Recovery Associates,   PO Box 12903,
                 140 Corporate Blvd,   Norfolk, VA 23541
516652570        EDI: PRA.COM Jul 20 2017 22:48:00      Portfolio Recovery Associates LLC,   120 Corporate Blvd,
                 Norfolk, VA 23502
516921161        EDI: PRA.COM Jul 20 2017 22:48:00      Portfolio Recovery Associates, LLC,   c/o Lowes,
                 POB 41067,   Norfolk VA 23541
516652579       +EDI: RMCB.COM Jul 20 2017 22:48:00      RMCB,   4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-3835
516652578       +EDI: RMCB.COM Jul 20 2017 22:48:00      RMCB,   PO Box 1235,   Elmsford, NY 10523-0935
516652584       +EDI: STF1.COM Jul 20 2017 22:48:00      SunTrust Bank,   303 Peachtreet Street, Northeast,
                 Atlanta, GA 30308-3201
516652589       +EDI: VERIZONEAST.COM Jul 20 2017 22:48:00      Verizon New Jersey,   500 Technology Drive,
                 Saint Charles, MO 63304-2225
516652590        EDI: WACHOVIA.COM Jul 20 2017 22:48:00      Wachovia Bank,   PO Box 563966,
                 Charlotte, NC 28256
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Sharon Gardens Condominium Association, Inc.,    c/o Cutolo Barros, LLC,   151 Highway 33, East,
                 Suite 204,   Manalapan, NJ 07726-8635
516652542      ##+FMS Inc,   PO Box 707601,   Tulsa, OK 74170-7601
516652592      ##+Winston & Winston LLC,   295 Madison Avenue,   New York, NY 10017-7761
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3           User: admin              Page 3 of 3         Date Rcvd: Jul 20, 2017
                               Form ID: 148             Total Noticed: 81
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Sharon Gardens Condominium Association, Inc.
               hcutolo@cutololaw.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas   Fitzgerald    on behalf of Debtor Allyson  Piatkowski nickfitz.law@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```